IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor, by and through his Guardian Ad Litem, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 14-3922 SI<br><br>**ORDER REMANDING ACTION TO SONOMA COUNTY SUPERIOR COURT** |

The federal defendants have been dismissed from this action, leaving only non-diverse parties. No federal subject matter jurisdiction appears. Accordingly, this action is REMANDED to the Sonoma County Superior Court where it was filed.

**IT IS SO ORDERED.**

Dated: September 29, 2014

　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE