THEO J. EMISON (SBN: 209183)
EMISON HULLVERSON LLP
1005 Sansome St., Suite 330
San Francisco, CA 94111
Tel: (415) 434-2111
Fax: (415) 434-2112

Attorneys for Plaintiffs

MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A.M., a minor by and through his Guardian Ad Litem, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. C 14-3922 SI<br><br>**STIPULATION TO DISMISS DEFENDANT UNITED STATES OF AMERICA WITHOUT PREJUDICE; [PROPOSED] ORDER** |

# STIPULATION TO DISMISS DEFENDANT UNITED STATES OF AMERICA WITHOUT PREJUDICE; [PROPOSED] ORDER

Plaintiffs and Defendant United States of America,[1] by and through their attorneys of record, hereby stipulate to the following, subject to the approval of the Court:

Defendant United States of America is hereby dismissed without prejudice, so that Plaintiffs may pursue administrative remedies under the Federal Tort Claims Act. The undersigned parties agree that this dismissal is without prejudice to Plaintiffs' refiling this action against the United States after Plaintiffs have properly exhausted said administrative remedies.

DATED: September 17, 2014

_____
FOR THEO J. EMISON
Attorney for Plaintiffs

MELINDA HAAG
United States Attorney

DATED: September 25, 2014

_____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant USA

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 9/30/14

_____
HONORABLE SUSAN ILLSTON
United States District Senior Judge

---

[1] Upon removal, the United States was automatically substituted as party defendant for Fasih Hameed, M.D., but not for any other defendant, including Petaluma Valley Hospital, which remains a separate defendant. See Amended Notice of Removal (Doc. #10) ¶¶ 5, 9.